# Court of Appeals
# of the State of Georgia

ATLANTA,  August 14, 2018

*The Court of Appeals hereby passes the following order:*

**A18A2120.  JASCINTH SUTTON v. FIREBIRD SFE I, LLC.**

This case originated as a dispossessory proceeding in magistrate court.  The magistrate court entered a judgment in favor of the plaintiff, and defendant Jascinth Sutton appealed to superior court.  The superior court denied Sutton's appeal, and she filed a notice of appeal to this Court.  We, however, lack jurisdiction.

When a superior court order involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Accordingly, Sutton's notice of direct appeal does not give rise to a valid appeal.  For these reasons, we lack jurisdiction to review this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/14/2018*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*